# NO. 12-09-00237-CV

# IN THE COURT OF APPEALS

# TWELFTH COURT OF APPEALS DISTRICT

# TYLER, TEXAS

| | | |
|---|---|---|
| *MICHAEL A. KENNEDY,*<br>*APPELLANT* | § | *APPEAL FROM THE 87TH* |
| *V.* | § | *JUDICIAL DISTRICT COURT OF* |
| *WILLIAM M. HOUSE, JR., MARK CARGILL*<br>*AND JOHN DOE, NAMED UNKNOWN*<br>*ATTORNEY,*<br>*APPELLEES* | § | *ANDERSON COUNTY, TEXAS* |

*MEMORANDUM OPINION*
*PER CURIAM*

On July 31, 2009, Appellant, Michael Kennedy, filed a notice of appeal. On that same date, this court notified Kennedy, pursuant to Texas Rules of Appellate Procedure 37.2 and 42.3, that the information received in this appeal does not contain a final judgment or other appealable order. Kennedy was further informed that the appeal would be dismissed if the information received in the appeal was not amended on or before August 10, 2009 to show the jurisdiction of this court. The deadline for amendment has passed, and Kennedy has neither responded to the July 31, 2009 notice or otherwise shown the jurisdiction of this court. Accordingly, the appeal is ***dismissed for want of jurisdiction***. *See* TEX. R. APP. P. 37.1, 42.3.

Opinion delivered August 19, 2009.
*Panel consisted of Worthen, C.J., Griffith, J., and Hoyle, J.*

(PUBLISH)